September 25, 2023



United States District Court
Central District of California
First Street U.S. Courthouse
350 W. 1st Street, Suite 4311
Los Angeles, California 90012-4565

RE: PAYMENT FOR CIVIL COMPLAINT FILING FOR PRO SE PLAINTIFF CHRISTINE GRALOW (CHRISTINE GRALOW vs. CITY OF PALOS VERDES ESTATES ET AL, CAUSE NUMBER 2:23-cv-07238-SSS-E)

Dear Sir/Madam,

I received a notice recently that I had not made payment of the filing fee. Yet, payment has been made to the Court. I submitted my filing fee payment of $402 for a new civil complaint filing. A cashier's check in the amount of $402 made payable to U.S. District Court was sent via fed ex tracking number and it was received by C. Codelia with the Court on 8/29.

See this:
https://www.fedex.com/fedextrack/?trknbr=783022942310&trkqual=2460185000~783022942310~FX

Also, see copies of the cashier's check submitted and my receipt for the mailing pasted below. Please make sure credit for my payment is applied immediately for the cause number referenced above. Thank you for your assistance with this legal matter.

Sincerely,

*CMY*

Christine Gralow



## CHASE ⬡

### Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if it is lost, stolen, or destroyed
  - We may not re-issue or refund the check been placed until 90 days
* Please visit a Chase branch or for any other information

**Remitter:** MADHU SEKHARAN

**Pay To The Order Of:** U.S. DISTRICT COURT

$**402.00**

---

```
                Post Boxes Etc
                13941 Paramount Blvd 250E
                Cypress, CA 90630
                (562)-809-9480


Shipment
  FedEx Priority Overnight Envelope
  Ship To:
    Central District of CA
    US District Court (Clerk of US Court Record)
    350 W 1st Street
    Suite 4311
    Los Angeles, CA 90012
  Package ID: 6215           105.05
  Tracking #: 783022942319
  Expected arrival: Tue 08/29 10:30 AM
  Direct Signature Requd [$10.40]

       SUBTOTAL              105.05
       TAX                     0.00
       TOTAL                 105.05
  TEND Visa                  105.05

Total shipments: 1
Customer: None selected
                              08/28/2023
#0235                          12:35 PM
Workstation: 0 - Main Workstation



                 Disclosure
All Retail Shipping labels are handled through
third party providers such as USPS,FEDEX,UPS&DHL
. Post Boxes Etc does not hold any legal liabili
ty for lost or stolen packages. We recomend our
customers to insure packages accordingly.

**************************************
         Thank you for your Business
**************************************
```


