UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION– LOS ANGELES

CASE # 2:23-CV-07238-SSS-E

| | |
|---|---|
| CHRISTINE GRALOW | § |
| | § |
| | § |
| v. | § |
| CITY OF PALOS VERDES ET AL | § |

## DECLARATION OF CHRISTINE GRALOW

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a Pro Se Plaintiff in the above styled case.
2. I am actively seeking legal representation in the above styled case.
3. As a full-time special education teacher, this is my first time filing a lawsuit as a Pro Se Plaintiff.
4. As a Pro Se Plaintiff, it took time for me to become familiar with the Pacer filing system and gaining permission to file electronically with this Court.
5. I gained permission to file electronically with the Court's permission on or about October 13, 2023.
6. After gaining such permission, it took time for me to become familiar with how the documents were accessible online, including the file stamped Complaint and Summons for each defendant.
7. I recently hired a process server who has completed serving all defendants.

8. I provided copies of the file stamped documents to the process server as required.

9. I have recently received back proof that all defendants, except John Doe, have been served the complaint and summons.

10. I have uploaded proof that all defendants, except John Doe, have been served, with proofs of service received from the process server.

11. I accomplished having defendants served during my winter break from teaching.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on this 14th day of January, 2024.**

_____

**CHRISTINE GRALOW**