1  Jeffrey Lewis (Bar No. 183934)
   Kyla Dayton (Bar No. 346221)
2  **JEFF LEWIS LAW, APC**
   827 Deep Valley Drive, Suite 209
3  Rolling Hills Estates, CA 90274
   Tel. (310) 935-4001
4  Fax. (310) 872-5389
   E-Mail: Jeff@JeffLewisLaw.com
5
   Attorneys for Defendant
6  DEBRA BAUMGARTNER

7

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

10

11  CHRISTINE GRALOW,                ) Case No.:  2:23-cv-07238-SSS-E
                                     )
12              Plaintiff,           ) **DECLARATION OF DEBRA**
                                     ) **BAUMGARTNER IN SUPPORT OF**
13        vs.                        ) **SPECIAL MOTION TO STRIKE**
                                     ) **FIRST AMENDED COMPLAINT**
14  CITY OF PALOS VERDES             )
    ESTATES, et al.,                 )
15                                   )
               Defendants.           ) Date:       April 12, 2024
16                                   ) Time:       2:00 p.m.
                                       Location:   Courtroom 2
17

18

19

20

21

22

23  I, Debra Baumgartner, declare as follows:

24        1.    I am the named Defendant herein.

25        2.    I have personal knowledge of the truth and accuracy of the facts

26  set forth herein, and if called upon as a witness, I could competently testify

27  thereto. I do not intend to waive the attorney-client privilege or work product

28  doctrine by making any statement herein.

─────────────────────────────────────────
                    DECLARATION

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

1   3.    I have been caring for my mother, Mary, who has Alzheimer's

2   disease, since March 2016.

3   4.    In June 2022, Mary suffered a debilitating stroke which left her

4   bed-ridden, partially paralyzed, and unable to speak. Following the stroke,

5   Mary's physician ordered home hospice care. Hospice prescribed oxygen

6   twenty-four hours a day. I also hired an agency to provide live-in caregivers to

7   assist with Mary's care. Defendant Ellyza Baidiango ("Ellyza") was one of

8   those caregivers.

9   5.    The event that is the subject matter of this lawsuit occurred in

10  2022, not 2023. On August 26, 2022, I went out to eat. Ellyza was working at

11  my home that day caring for Mary. Shortly after sitting down at the

12  restaurant, I received a call from Ellyza. She sounded very upset and told me

13  the following: Christine had knocked on the front door, demanded to see

14  Mary, pushed her way in the home, and went to Mary's bedroom. While

15  Christine was talking to Mary, she removed Mary's oxygen cannula and told

16  Mary to go be with her husband John (my deceased father). At that point,

17  Christine's mother, Ruth Gralow, arrived at the house separately looking for

18  Christine. Ruth is my aunt and Mary's sister. Ruth and Christine went

19  upstairs arguing loudly, and that is when Ellyza heard a crash.

20  6.    I told Ellyza I would come home immediately. My friend and I left

21  the restaurant and made it home about twenty minutes later. When I arrived

22  home, I found everyone in Mary's downstairs bedroom, Christine was sitting

23  near Mary, and Ruth and Ellyza were both upset. I asked Christine to leave

24  the house. Christine became argumentative and combative. I continued to ask

25  Christine to leave. Christine launched into a tirade of accusations, to which I

26  told her if she didn't leave, I would call the police.

27  7.    Christine, Ruth, my friend, and I all moved from Mary's

28  downstairs bedroom, upstairs to the foyer. Christine was disturbed, ranting,

- 2 -

DECLARATION

1  and argumentative. I repeatedly asked Christine to leave the house. Ruth

2  even asked Christine to go home with her, but Christine ignored her. Ruth,

3  who also suffers from Alzheimer's disease, was upset, and confused.

4       8.    After I repeatedly asked Christine to leave the house, I again

5  warned her that if she didn't leave, I would call the police. Christine

6  continued to rant, saying she was family and had a right to be in the home. At

7  that point, I called the police. Three officers arrived. One officer said he

8  remembered Christine because Christine had called the police to Ruth's house

9  the night before. The officers took Christine outside and detained her.

10      9.    Two of the officers came inside my house and asked what had

11 happened. This is what I told the police: I received a phone call from Ellyza; I

12 returned home and asked Christine to leave; I was not present for most of

13 what had occurred; I called the police because I was concerned about Mary; I

14 wanted Christine to leave the house, but she refused. I did not tell the police

15 that Christine removed Mary's oxygen—I merely related to the police that

16 Ellyza had told me that Christine had done that.

17      10.   One of the officers sat in the dining room with Ellyza and took her

18 statement. I told the officers that I was concerned for the safety of Mary and

19 Ruth if Christine went home with Ruth. I noticed Ruth was very upset and

20 confused and I worried about Christine's history of substance abuse, mental

21 illness, and irrational behavior as displayed that day.

22      11.   Contrary to allegations in the complaint, I was not inebriated, and

23 I did not attempt to assault Christine. I merely called the police.

24      12.   On August 27, 2022, an officer came to the house and dropped off

25 a copy of an emergency restraining order protecting Mary from Christine

26

27

28

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

- 3 -
DECLARATION

1    I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3    Executed this 14th day of February 2024, at Palos Verdes Estates,

4    California.

5

6    _____
     Debra Baumgartner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

- 4 -

DECLARATION