1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHRISTINE GRALOW,           )   NO. CV 23-7238-SSS(E)
                                  )
12             Plaintiff,         )
                                  )
13        v.                      )   ORDER ACCEPTING FINDINGS,
                                  )
14   CITY OF PALOS VERDES         )   CONCLUSIONS AND RECOMMENDATIONS
     ESTATES, ET AL.,             )
15                                )   OF UNITED STATES MAGISTRATE JUDGE
               Defendants.        )
16   _____ )

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed

19   the First Amended Complaint, all of the records herein and the

20   attached Report and Recommendation of United States Magistrate

21   Judge. The Court accepts and adopts the Magistrate Judge's Report

22   and Recommendation.

23        IT IS ORDERED that: (1) Defendant Baumgartner's Motion to

24   Strike is granted only as to Plaintiff's claim for filing a false

25   police report and that the claim is stricken with prejudice and

26   without leave to amend; (2) the Motion to Strike is denied in all

27   other respects without prejudice; (3) Plaintiff's Motion to Amend

28   is denied; and (4) Plaintiff is granted leave to file a Third

1   Amended Complaint consistent with the Report and Recommendation

2   and this Order.

3       Plaintiff is granted thirty (30) days from the date of this

4   Order within which to file a Third Amended Complaint.  Any Third

5   Amended Complaint shall be complete in itself and shall not refer

6   in any manner to the prior Complaints.  Any exhibits referenced

7   in the Third Amended Complaint must be attached thereto.  Any

8   Third Amended Complaint may not include a claim for filing a

9   false police report.  Plaintiff may not add defendants without

10  leave of Court.  See Fed. R. Civ. P. 21.  Failure timely to file

11  a Third Amended Complaint that complies with this Order may

12  result in the dismissal of the action.  See Pagtalunan v. Galaza,

13  291 F.3d 639, 642-43 (9th Cir. 2002), cert. denied, 538 U.S. 909

14  (2003) (court may dismiss action for failure to follow court

15  order).

16      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy

17  of this Order and the Magistrate Judge's Report and

18  Recommendation on Plaintiff and on all counsel of record.

19

20      DATED: June 20, 2024.

21

22

23      _____
        SUNSHINE SUZANNE SYKES
        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2