UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE GRALOW,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PALOS VERDES ESTATES, ET AL.,<br><br>    Defendants. | Case No. CV 23-7238-SSS(E)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that: (1) the Third Amended Complaint is dismissed; and (2) Plaintiff is granted leave to file a Fourth Amended Complaint consistent with the Report and Recommendation and this Order.

///

///

Plaintiff is granted thirty (30) days from the date of this Order within which to file a Fourth Amended Complaint. Any Fourth Amended Complaint shall be complete in itself and shall not refer in any manner to the prior Complaints. Any exhibits referenced in the Fourth Amended Complaint must be attached thereto. Any Fourth Amended Complaint may not include a claim for filing a false police report. Plaintiff may not add defendants without leave of Court. See Fed. R. Civ. P. 21. Failure timely to file a Fourth Amended Complaint that complies with this Order may result in the dismissal of the action. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003) (court may dismiss action for failure to follow court order).

**IT IS FURTHER ORDERED** that the Clerk serve forthwith a copy of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and on all counsel of record.

Dated: December 23, 2024

SUNSHINE S. SYKES
United States District Judge

-2-