JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE GRALOW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PALOS VERDES ESTATES, ET AL.,<br><br>　　　　Defendants. | No. CV 23-7238-SSS(E)<br><br><br>**JUDGMENT** |

　　**IT IS ADJUDGED** that: (1) the federal claims in the Fourth Amended Complaint are dismissed without leave to amend and with prejudice; and (2) any state law claims in the Fourth Amended Complaint are dismissed without leave to amend but without prejudice.

Dated: April 22, 2025

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE